# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MANUEL DELGADO, | Case No. 2:22-cv-03548-FWS-JPR |
| Petitioner, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| B. BIRKHOLZ, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Magistrate Judge's Report and Recommendation.[1] The Court accepts the findings and recommendations of the Magistrate Judge.

///

---

[1] The most recent mail the Court sent Petitioner, the Report and Recommendation and notice of the deadline for filing objections to it, was returned to the Court as undeliverable. The Court's review of the federal inmate locator website reveals that Petitioner has been transferred to FCI Victorville. See Fed. BOP Inmate Locator, https://www.bop.gov/inmateloc/ (search for "Manuel" with "Delgado") (last visited Jan. 3, 2023). Petitioner has not filed a change of address, however, see C.D. Cal. R. 41-6 (requiring pro se parties to do so promptly), and there are multiple mailing addresses for inmates at Victorville depending on which particular facility they are housed in. Thus, the Court is unable to re-serve the Report and Recommendation on Petitioner.

1     ACCORDINGLY, IT IS ORDERED THAT:

2     1.   The Petition is denied and this action is dismissed with prejudice.

4     2.   Judgment be entered consistent with this order.

5     3.   The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: January 17, 2023

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE