JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DELGADO, | Case No. 2:22-cv-03548-FWS-JPR |
| Petitioner, | |
| v. | **J U D G M E N T** |
| B. BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 17, 2023

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE